

# IWILLNOTLOSE.NET

Welcome            Home     Shopping Cart    Contact Us

Search:                              Advanced search

### Categories

Introduction Series
Sports T-Shirts
IWNL Wristbands

### I Will Not Lose

### Help

Contact us
Privacy statement
Terms & Conditions

**Welcome to iwillnotlose net**

From the evolutionary gene pool of life, I WILL NOT LOSE is not just a statement, it is a state of mind that must be embodied before ones most complicated achievements can be realized Inspired by two individuals. I WILL NOT LOSE is recognition that people are indeed faced with obstacles, and with our backing these individuals will discard all doubts that losing will be an option in their minds. as well as the perception of others No persons' stumbling blocks are greater or any less than the next We do not fear failure, rather, failure is now nonexistent. ergo, no matter what life presents I WILL NOT LOSE !

**Your cart**

Cart is empty

- View cart
- Checkout
- Orders history

**Authentication**

Username
Password

LOGIN   REGISTER

Recover password

If Javascript is disabled in your browser click here



**Featured products**



See details

**Dark Navy Blue**

Color/ dark navy blue/ White 3D I Will Not Lose 3D logo

Material/ 100% cotton

Type/ Fitted Hat

Our price $29 99

BUY NOW

iwillnotlose.net .. IWNL Wristbands
Page 1 of 2
Case 1:08-cv-02929-ODE    Document 1-1    Filed 09/18/08    Page 2 of 6



IWILLNOTLOSE.NET

Welcome     Home     Shopping Cart     Contact Us

Search:      Advanced search

**Categories**

Introduction Series
Sports T-Shirts
IWNL Wristbands

**It's a state of mind**

**Help**

Contact us
Privacy statement
Terms & Conditions



**Bestsellers**

**Blue/white wristband**
Our price  $1.99

**Black and Red wristband**
Our price  $1.99

**Red/white wristband**
Our price  $1.99

**IWNL Wristbands**

Sort by    Product    Price    Default

**Your cart**

Cart is empty

- View cart
- Checkout
- Orders history

**Authentication**

Username [ ]
Password [ ]

LOGIN  REGISTER

Recover password

If Javascript is disabled in your browser click here

---

**Black and Red wristband**
**100% silicone wristbands**

Our price  $1.99

Quantity     5

See details

BUY NOW

Note: you must order at least 5 items

---

**Black wristband**
100% silicone wristband

Our price  $1.99

See details

Quantity     5

BUY NOW



See details

Blue/white wristband

**100% silicone wristbands**

Our price  $1 99

Quantity                              5

BUY NOW

Note  you must order at least 5 items



See details

Red/white wristband

**100% silicone wristbands**

Our price  $1 99

Quantity                              5

BUY NOW

Note  you must order at least 5 items

# IWILLNOTLOSE.NET

Welcome     Home     Shopping Cart     Contact Us

Search:  Advanced search

**Categories**

Introduction Series
Sports T-Shirts
IWNL Wristbands



**Help**

Contact us
Privacy statement
Terms & Conditions

### Sports T-Shirts

I Will Not Lose presents its official sports edition T shirts This Is a must have

These t-shirts are currenty available in four different colors More style and colors coming soon

Sort by   Product   Price   Default

**Sports t-Shirt**

100% cotton   I Will Not Lose sports edition T shirts

Our price $20 00

See details

**BUY NOW**


PayPal
VISA

**Your cart**

Cart is empty

± View cart
± Checkout
± Orders history

**Authentication**

Username [        ]
Password [        ]

**LOGIN**  **REGISTER**

Recover password

If Javascript is disabled in your browser click here

```
HARTSFIELD POSTAL STORE
       ATLANTA, Georgia
           303379997
         1204440045-0098
10/20/2005    (800)275-8777    11:47:43 AM

━━━━━━━━━━ Sales Receipt ━━━━━━━━━━
Product          Sale    Unit      Final
Description      Qty     Price     Price

Box 12x10x8 -     1     $1.98      $1.98
RP

DERBY NY 14047 Express              $17.85
Mail PO-ADD
    Serial Number   ED848758193US
    Next Day Noon  / Normal
    Delivery

              Issue PVI:             $17.85
                                  ═══════
Total:                               $19.83

Paid by:
Cash                                 $20.00
Change Due:                          -$0.17

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to
USPS.com/clicknship to print shipping
labels with postage. For other
information call 1-800-ASK-USPS.
Bill#: 1000201066940
Clerk: 11

All sales final on stamps and postage.
   Refunds for guaranteed services only.
       Thank you for your business.
              Customer Copy
```



From: Crystal De Bey <Crystal.DeBey@neweracap.com>
Subject: I Wlll Not Lose
To: admin@iwnl.biz
Date: Friday, October 21, 2005, 11:19 AM

Morning
I've received the three caps that you have sent to me and your letter requesting a partnership with New Era  I have taken digital images and forwarded to key people in our organization to ask their opinion on the logo and the concept to see if it will fit anywhere within our business structure  When I receive the appropriate feedback I will follow up with both of you
Thank you for your time

Crystal De Bey
VP Innovation

716 543 0445