



# ROCAWEAR
# DEFINES
# URBAN FASHION

- Jay-Z creates culture, in music and in fashion. Rocawear is a way of life

- Launched in 1999 off the success of multi-platinum artist Jay-Z, Rocawear quickly staked its claim in hip-hop history by becoming the brand of choice for street savvy consumers

- Rocawear currently does a powerful retail business totaling over $700 million

- Rocawear continually reinvents the pulse, as it defines the lifestyle for today's young, hip consumer



through the
ROC music presence representing artists such as

# Jay-Z

Kanye West

# Rhianna

## Mariah Carey

## The Killers



# THE CARTER ADMINISTRATION

Rocawear is able to effectively market the urban lifestyle to consumers thanks to the synergy between the numerous entertainment, music and fashion brands and philanthropies established by Jay-Z.









- Multi-ethnic
- From urban settings
- Influenced by music, lyrics, artists and
  what they wear
- 12-30 years of age

Jay-Z's influence continues to shift the age profile
of the customer toward 20-30.



The brand's **attention** to detail
has given Rocawear an appeal far beyond
its core urban customer.

The Rocawear family of products is

Men's
Women's
Children's
Big and Tall
Intimates
Loungewear

Footwear
Handbags
Backpacks
Belts
Jewelry
Watches
Sunglasses
Optical
Headwear
Socks





Rocawear retail saturation represents over 3 million
square feet in over 2,000 doors.

Department Stores

Macy's
Dillards
Belk
Bon Ton
Carson Pririe Scott

Specialty Stores

Demo
Jimmy Jazz
Dr. Jays
Up Against the Wall
Levtran



AUSTRIA, DENMARK, FINLAND, BELGIUM, NETHERLANDS,
LUXEMBURG, SWITZERLAND, LIECHTENSTEIN, GERMANY,
PORTUGAL, FRANCE, GREECE, ITALY, NORWAY, SPAIN
SWEDEN, ICELAND

CANADA

UNITED
KINGDOM

RUSSIA

MIDDLE EAST

JAPAN



International business markets

Canada
Europe
Japan
United Kingdom
Russia
Korea
Middle East





The Rocawear marketing machine remains one of the most formidable in the entertainment business.

The power of the Rocawear brand is communicated through different methods to constantly engage the customer.

• Sponsorships
• Events
• Celebrity Gifting
• Product Placement
• Giveaways
• Life-style Tie-Ins



The Mantra for Rocawear is epitomized in the Fall 2007 ad campaign with a focus on the culture and the attitude that showcases survival and the power of the individual.

Documentaries and print ads, featuring #1 recording artists such as Ciara and Chris Brown, provide a platform for stories that inspire others to overcome their own challenges and struggles.













## Print

Multi-million dollar campaigns are placed annually in high-impact publications.

| U.S. | | EUROPE | JAPAN |
|---|---|---|---|
| GQ | W | Bounce | Woofin |
| Vanity Fair | Vibe | Groove | Luire |
| Vogue | Details | Actionspeax | 411 |
| Instyle | Seventeen | | Source Japan |
| Teen Vogue | Cookie | | |
| Elle | Complex | | |
| Essence | | | |

## Online

youtube.com, myspace.com, black planet.com, allhiphop.com and sohh.com

## Outdoor

Rocawear currently owns annual contracts for billboards in major U.S. cities.







For more information about:
Candie's, Bongo, Badgley Mischka, Joe Boxer, Mudd, Rampage, London Fog, Mossimo, OP, Danskin and Rocawear
Please contact Iconix Brand Group, Inc.
1450 Broadway, 4th Floor, NY, NY 10018
Phone: 212.730.0030   Email: info@iconixbrand.com   www.iconixbrand.com