

ROCAWEAR

GIFT CARD | ORDER STATUS | MY CART | Enter Keyword | GO

WIN A ROCAWEAR BACKPACK!
3 LUCKY WINNERS!
ENTER NOW

SHOPPING | LIFESTYLE | COMPANY | SUPPORT

SPECIAL OFFERS

CURRENCY: USD

MEN
BIG & TALL
WOMEN
PLUS SIZE
BOYS
GIRLS
8732
SHOES
HANDBAGS & ACCESSORIES
JEWELRY & WATCHES
FRAGRANCE
CD'S & DVD'S
OUTLET
LAST CHANCE



ROCAWEAR / MENS
I WILL NOT LOSE BOXER
$19.99
SALE PRICE $14.99

MY ACCOUNT | CONTACT US | AFFILIATE PROGRAMS | ABOUT US | TERMS | PRIVACY | STORE LOCATOR | SECURE GUARANTEE | FAQ'S

THIS WEBSITE UTILIZES ADOBE FLASH  CLICK HERE TO DOWNLOAD THE LATEST VERSION

CUSTOMER SERVICE: 1-800-839-6016