

SPECIAL 15TH ANNIVERSARY JUICE ISSUE
XV
Vibe
15 BEST SONGS EVER
15 WORST VIBE COVERS
51 CLASSIC ALBUMS
50 CENT & G UNIT
ANGEL LOLA LUV
ANGELA BASSETT
BABY
BARACK OBAMA
BEYONCÉ
CHRIS BROWN
CIARA
DIDDY
DR. DRE
EMINEM
ERYKAH BADU
FAITH EVANS
ICE CUBE
›JAY-Z
JESSE JACKSON
JUNOT DÍAZ
KARL KANI
KIMORA LEE SIMMONS
RALPH LAUREN
SHAQUILLE O'NEAL
SUPER CAT
SWAY
T.I.
TOMMY HILFIGER
T-PAIN
TREACH
TYLER PERRY
YOUNG JEEZY
THIS IS WHAT IT LOOKS LIKE
$5.99US
0 74470 01448 5
SEPTEMBER 2008 VIBE

" He'll always have his little brother to push around."
- Shawn,
7/24 11:58 A.M.

“ He'll always have s eone
to look up to.”
- Austin, 7/24 12:0
ROCAWEAR
will not lose



THE ILLEST M[illegible]ZINE EVER!

# K[illegible]G

TAKING SHOTS!

## 50 CENT'S

NEW BULLETPROOF OFFICE

KARRINE STEFFANS SAYS

## "THE B**CH IS BACK!"

HER NEW BOOK HAS RAPPERS SHOOK!

MUSIC MADNESS!

## T.I. VS. IMUS

OUR MONEY IS ON THE SKINNY DUDE

## CHRIS BROWN

MANS UP HIS STYLE

## WILL.I.AM

PLAYS WINGMAN

## PLUS

A NAKED GIRL HOLDS UP THE WALL

DETENTION!

CHARM SCHOOL'S

## BUCKEEY

DROPS DIMES

## TIMBALAND'S ATL SHAWTY

'BOUT TO REIGN ON 'EM

$4.95
$5.95 Can
0 9>
SEPTEMBER '07
0 71486 01900
MAG.COM

ROCAWEAR

