Case 1:08-cv-02929-ODE    Document 1-5    Filed 09/18/08    Page 1 of 2

BlackPlanet com - IWill_Not_Lose                              http.//www blackplanet com/photos/your_page/view html?pid=14560 ..

Login or Sign up!    Notes |    IM |    My Account |    Help

| Dating | Music | Groups | Style | Videos |
| Professionals | Blogs | Chat | Forums | Photos |
| Jobs | Rate Me | News | Quizzes | Secret Admirer |
|  | Widgets |  |  |  |

# Girls Just For Black Men
One Stop Girl Desires For Black Men 100% Free For All American Users!
www date-hook-up com/black-date

Ads by Google

## IWill_Not_Lose

Main   Photos   Videos   Blog   Friends   Guestbook

Public Photos (122)    Friends Only Photos (1)    Favorites (0)



Proud Roc Fan Reps with the Street Team (The Sneaker Villa in Philly)

This is a Public photo

**Views: 10**

Give Props    [?]    0

Add to Favorites    [?]

View Larger Size

Report Abuse [?]

**Photo URL**

http.//www blackplanet com/photos/view
Email, IM, or link to this page

**Photo HTML**

<a href="http //www blackplanet com/ph
Copy and paste the HTML in the box above to put a clickable version of the image above onto any webpage

☐ Include photo caption [?]



1 - 5 of 122 Public Photos

**Comments (0)**                    **Add Comment**

Comments Options

Login or Sign up!   Notes |   IM |   My Account |   Help

| Dating | Music | Groups | Style | Videos |
| Professionals | Blogs | Chat | Forums | Photos |
| Jobs | Rate Me | News | Quizzes | Secret Admirer |
| | Widgets | | | |

**Find Your Graduating Class**

  

I graduated in:

    



## IWill_Not_Lose

Main   Photos   Videos   Blog   Friends   Guestbook

Public Photos (122)   Friends Only Photos (1)   Favorites (0)



Up Against the Wall (D.C.)

   

1 - 5 of 122 Public Photos

**This is a Public photo**

### Views: 47

Give Props   [?]   0

Add to Favorites   [?]

View Larger Size

Report Abuse [?]

**Photo URL**

http://www blackplanet com/photos/view
Email, IM, or link to this page

**Photo HTML**

&lt;a href="http://www blackplanet com/ph(

Copy and paste the HTML in the box above to put a clickable version of the image above onto any webpage

☐ Include photo caption [?]

### Comments (0)

**Add Comment**

Comments Options