Login or Sign up!    Notes |    IM |  My Account |    | Help

| Dating | Music | Groups | Style | Videos |
| Professionals | Blogs | Chat | Forums | Photos |
| Jobs | Rate Me | News | Quizzes | Secret Admirer |
|  | Widgets |  |  |  |

**WACHOVIA FREE CHECKING unmatched.** Satisfaction. Convenience. Security.

WACHOVIA    apply now > WITH WACHOVIA    MEMBER FDIC

# IWill_Not_Lose

Main · Photos · Videos  Blog  Friends  Guestbook

Public Photos (123)    Friends Only Photos (1)    Favorites (0)



Display at the Sunshine Blues in Philly

This is a Public photo

**Views: 14**

Give Props    [?]    0

Add to Favorites    [?]

View Larger Size

Report Abuse  [?]

**Photo URL**

http //www blackplanet com/photos/view
Email, IM, or link to this page

**Photo HTML**

<a href="http //www blackplanet com/phc

Copy and paste the HTML in the box above to put a clickable version of the image above onto any webpage

☐ Include photo caption [?]

    

1 - 5 of 123 Public Photos

**Comments (0)**    Add Comment

Login or Sign up! | Notes | IM | My Account | Help

| Dating | Music | Groups | Style | Videos |
| Professionals | Blogs | Chat | Forums | Photos |
| Jobs | Rate Me | News | Quizzes | Secret Admirer |
| | Widgets | | | |

 **MASTER OF ARTS IN MILITARY HISTORY - ONLINE -**   NORWICH UNIVERSITY

## IWill_Not_Lose

Main  Photos  Videos  Blog  Friends  Guestbook

Public Photos (123)    Friends Only Photos (1)    Favorites (0)



**DTLR**

    

1 - 5 of 123 Public Photos

This is a Public photo

**Views: 1**

Give Props         [?]    0

Add to Favorites   [?]

View Larger Size

Report Abuse  [?]

**Photo URL**

http //www blackplanet com/photos/view
Email, IM, or link to this page

**Photo HTML**

<a href="http //www blackplanet com/phc

Copy and paste the HTML in the box above to put a clickable version of the image above onto any webpage

☐ Include photo caption [?]

## Comments (0)

**Add Comment**

Comments Options

© 2008. CommunityConnect.com all rights reserved
BlackPlanet com is a registered trademark of Community Connect Inc

Terms of Service and Privacy Policy
Safety Tips
Advertise with Us
Developers

Login or Sign up!   Notes |   IM | My Account |   | Help

| Dating | Music | Groups | Style | Videos |
| Professionals | Blogs | Chat | Forums | Photos |
| Jobs | Rate Me | News | Quizzes | Secret Admirer |
| | Widgets | | | |




# IWill_Not_Lose

Main   Photos   Videos   Blog   Friends   Guestbook

Public Photos (123)   Friends Only Photos (1)   Favorites (0)



This is a Public photo

### Views: 16

Give Props         [?]    0

Add to Favorites   [?]

View Larger Size

Report Abuse [?]

**Photo URL**

http://www.blackplanet.com/photos/view

Email, IM, or link to this page

**Photo HTML**

<a href="http://www.blackplanet.com/phc

Copy and paste the HTML in the box above to put a clickable version of the image above onto any webpage

☐ Include photo caption [?]

**The set up of the Sunshin Blues in Philly**

    

1 - 5 of 123 Public Photos

Comments (0)                    Add Comment