BlackPlanet.com - IWill_Not_Lose - Mozilla Firefox

File  Edit  View  History  Bookmarks  Tools  Help

http://www.blackplanet.com/iwill_not_lose/

DRUDGE REPORT 20...  |  MMA WEEKLY - Your ...  |  SI.com - News and Sc...  |  ESPN: The Worldwide...  |  Intellectual Property ...    Time Matters

Login or Sign up!  |  Notes  |  IM  |  My Account  |  Help

**BlackPlanet.com**
THE WORLD IS YOURS

Dating FREE  |  Music  |  Groups  |  Style  |  Videos
Professionals  |  Blogs  |  Chat  |  Forums  |  Photos
Jobs  |  Rate Me  |  News  |  Quizzes  |  Secret Admirer
       |  Widgets NEW

HOME  |  MemberFind  |  My Page  |  Edit  |  My Friends  |  Invite  |  My Page Log        Who's Online  |  New Members  |  Surprise Me



Represent and embody the meaning of day-by-day growth!  Start Now!

**IWill_Not_Lose**



ROCAWEAR — i will not lose — Presented by BlackPlanet.com THE WORLD IS YOURS

**Be Heard, Be Seen, Be Felt**

**Video Gallery**



**Featured Group:**
SINGLE MOMS IN THE STRUGGLE

This Community Outreach group provides
support to teen mothers out there in the struggle
Let's congratulate all the single moms who are
holding it down! The groups' founder receives:





Read pi.bpcdn.us

