

and start flirting with local singles NOW!

User Shortcuts: | Web▼

Home   Browse People   Find People   Forums   Music   Videos   More ▼   Login   Sign Up

# Official Rocawear I Will Not Lose MySpace Page!



"The Official Rocawear I Will Not Lose MySpace Page!!!"

Male
37 years old
Brooklyn, New York
United States

Last Login:
1/22/2008

View My: Pics | Videos

**Contacting Official Rocawear I Will Not Lose MySpace Page!**

- Send Message
- Add to Friends
- IM / Call
- Add to Group
- Forward to Friend
- Add to Favorites
- Block User
- Rank User

**MySpace URL:**
http://www.myspace.com/iwillnotlose07

Official Rocawear I Will Not Lose MySpace Page!'s Videos

## Official Rocawear I Will Not Lose MySpace Page! is in your extended network

Official Rocawear I Will Not Lose MySpace Page!'s Latest Blog Entry  [Subscribe to this Blog]

[View All Blog Entries]

**Official Rocawear I Will Not Lose MySpace Page!'s Blurbs**

**About me:**

Try the BEST MySpace Editor and MySpace Backgrounds at MySpace Toolbox!

**Who I'd like to meet:**

**Official Rocawear I Will Not Lose MySpace Page!'s Details**

| | |
|---|---|
| Status: | Single |
| Here for: | Friends |
| Hometown: | Brooklyn, NY |
| Ethnicity: | Black / African descent |
| Zodiac Sign: | Sagittarius |
| Occupation: | Entrepreneur |

**Official Rocawear I Will Not Lose MySpace Page!'s Networking**
Fashion - Business - Marketing







Web ▾ Search

Home Browse People Find People Forums Music Videos More ▾ Login Sign Up

photos | Upload Photos

Back to Profile
Back to Albums

**Rocawear I Will Not Lose Fall/Holiday 07' Campaign**

**Please login to see additional albums and photos from this user**

Listing 1-20 of 22 1 2 of 2 Next ›

Chris Brown: Rocawear I Will Not Lose

» Post A Comment

0 Comment(s)

Amie Steele: Rocawear I Will Not Lose

» Post A Comment

0 Comment(s)

Ciara: Rocawear I Will Not Lose

» Post A Comment

0 Comment(s)

Ciara: Rocawear I Will Not Lose

» Post A Comment

0 Comment(s)

Jamillah Farrakhan: Rocawear I Will Not Lose

» Post A Comment

0 Comment(s)

Toccara. Rocawear I Will Not Lose

» Post A Comment

0 Comment(s)

Chris Brown: Rocawear I Will Not Lose

» Post A Comment

0 Comment(s)

Chris Brown: Rocawear I Will Not Lose

» Post A Comment

0 Comment(s)

Cory "Caesar" Ricks: Rocawear I Will Not Lose

Matt Morton: Rocawear I Will Not Lose

Ciara· Rocawear I Will Not Lose

Deven Rocco: Rocawear I Will Not Lose

» Post A Comment

0 Comment(s)

» Post A Comment

0 Comment(s)

» Post A Comment

0 Comment(s)

» Post A Comment

0 Comment(s)

Jacob Worthington: Rocawear I Will Not Lose

» Post A Comment

0 Comment(s)

Kory McLaurin: Rocawear I Will Not Lose

» Post A Comment

0 Comment(s)

Kyron and Arlene McLaurin: Rocawear I Will Not Lose

» Post A Comment

0 Comment(s)

Ahmek· Rocawear I Will Not Lose

» Post A Comment

0 Comment(s)

Adaku and Ryan Okpi: Rocawear I Will Not Lose

» Post A Comment

0 Comment(s)

Faith Montgomery· Rocawear I Will Not Lose

» Post A Comment

0 Comment(s)

Cory "Caesar" Ricks Rocawear I Will Not Lose

» Post A Comment

0 Comment(s)

Jonathan Vilma: Rocawear I Will Not Lose

» Post A Comment

0 Comment(s)

Listing 1-20 of 22 1 2 of 2 Next ›

Sponsored Links

Switzerland Travel

Book Your Swiss Pass Online Tickets, Rail Passes, And Maps!

MySwitzerland com

About | FAQ | Terms | Privacy Policy | Safety Tips | Contact MySpace | Report Abuse | Advertise | MySpace International ▼ | MySpace Latino

Web▼ Search

©2003-2008 MySpace com All Rights Reserved

