

Rocawear.com has the looks you need! Register for our email registry today! Click here to Join the Roc.

Videos | Favorites | Playlists | Groups | Friends | Subscribers

**Rocawear I Will Not Lose**    Subscribe

**Online Campaign!**



**IWillNotLose07**
Style Fashion
Joined: July 20, 2007
Last Sign In: 22 minutes ago
Videos Watched: 254
Subscribers: 1,175
Channel Views: 58,573

BE SURE TO JOIN THE NEW ROCAWEAR CHANNEL!

www.youtube.com/ROCAWEAR

www.rocawear.com

You can still share your story! Visit www.iwillnotlose.org and continue to tell the world you will not lose!

City: Bedstuy
Hometown: Brooklyn
Country: United States
Website: http://www.rocawear.com

Report profile image violation

**Connect with IWillNotLose07**

Rocawear I Will Not Lose
Send Message
Share Channel

http://www.youtube.com/IWillNotLose07



0:33 / 2:02

Rocawear I Will Not Lose 2008  Tristan Wilds
From: rocawear
Views: 23,722
Comments: 34

**Subscribers (1175)**




franchizze    nkupapa    IdoLarah





babeeli5a    giantol    esourcemag

see all

**Videos (18)**

 

Toccara-    Chris Brown
Rocawear I Will    Rocawear I Will
1 year ago    1 year ago

**Subscribe to IWillNotLose07's videos**



Ciara, Rocawear    Rich Boy-
I Will Not Lose    Rocawear I Will
1 year ago    1 year ago

see all

**Favorites (55)**

  

Rocawear I Will    Rocawear I Will    Rocawear I Will
Not Lose 2008    Not Lose 2008    Not Lose 2008
5 months ago    5 months ago    5 months ago

**Subscribe To Favorites**



Rocawear I Will
Not Lose 2008
5 months ago

see all

**Friends (419)**

# RocaWear

SHOPPING | LIFESTYLE | COMPANY | SUPPORT

GIFT CARD | ORDER STATUS | MY CART | Enter Keyword

**SEPTEMBER 5, 2008**

From "Duffle Bag Boy" to Back Pack Boy
Bring It All

**SEPTEMBER 5, 2008**

A touch of nature for the ladies
When the average mouse just wont do

**SEPTEMBER 5, 2008**

Lables and Quality V S Cheap Stuff
When Am I Supposed To Splurge??

**SEPTEMBER 2, 2008**

Exclusive for Rocawear.com users!
Get your tickets for Jay-Z's LA Show today!

**AUGUST 12, 2008**

New Jay-Z Tour Diary  Exclusive Rocawear Looks
The New Tour Diary  From City to City

**AUGUST 8, 2008**

Shhhhh! It's a surprise!
Rocawear throws Tristan Wilds a surprise Birthday party!

**AUGUST 7, 2008**

Exclusive! Jay-Z tears down Madison Square Garden!
The Blueprint 3 is coming!!

**AUGUST 4, 2008**

First the Piano  Now the Drums
Iphone Apps to on and on

**AUGUST 1, 2008**

Bling Everywhere You go
The Swarovski Memory Stick

**JULY 14, 2008**

Jay Performs In Africa
Artist give For A Great Cause

**JULY 10, 2008**

Light it up!
Excitement on your mousepad

**JULY 10, 2008**

Lakai Telford
Check them out at Lakai.com

**JULY 8, 2008**

Jay-Day In Europe
Big Pimpin in Belgium

**JULY 8, 2008**

Calling All Singles?
Wonder No More

## I WILL NOT LOSE AND YOUTUBE
Check out the Official I Will Not Lose YouTube Channel

Be sure to check out the Rocawear I Will Not Lose YouTube Channel! Be sure to submit your video and be a part of our viral YouTube presence. Don't forget to sign up for updates so that you'll always be notified when new videos are submitted



www.youtube.com/iwillnotlose07

Image Courtesy of YouTube



VIDEOS/GALLERY



VIDEOS | GALLERY

ROC ESSENTIALS



G-shock

Roberto Cavalli

Back-to-school FUN!

La Dolce Fila




ROC STYLE GUIDE



AFFILIATES

facebook