--- On Wed, 11/9/05, Crystal De Bey <*Crystal.DeBey@neweracap.com*> wrote:
From: Crystal De Bey <Crystal.DeBey@neweracap.com>
Subject: Re: Info for the Sales Team
To: admin@iwnl.biz
Date: Wednesday, November 9, 2005, 8:09 AM

```
Great information.  Would you please forward your logo to me so that we
don't have to redraw it and we get it right the first time?
Thanks!
--------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: LeCorey Harvest <admin@iwnl.biz>
To: Crystal De Bey <Crystal.DeBey@neweracap.com>
Sent: Wed Nov 09 00:54:27 2005
Subject: Info for the Sales Team

Ladies & Gentlemen,

Welcome to the NEW ERA of I WILL NOT LOSE.  It is not just a statement,
it is a very positive state of mind.  I Will Not Lose is a brand that
allows consumers to represent that state of mind.  How powerful is the
I Will Not Lose brand name? No matter what circumstances you come
across in life, to be successful, you must have the attitude I WILL NOT
LOSE. Whether you are apart of the hip hop nation, athletic community,
blue collar America, or student body.

Hip-Hop Nation:   There is only one Rule,   I WILL NOT LOSE!!
Athletic Community:   There's no I in Team, But I have to do my part.  I
WILL NOT LOSE!!
Blue-collar America:   The need to save money for your kids College
Tuition.   I
WILL NOT LOSE!!
Student Body:   Final Exams Week.   I WILL NOT LOSE!!

I Will Not Lose was founded by 2 founders that over the last few years
simply would not be denied the opportunity to pursue the American
Dream.  We were not sure what our contribution to society would be. But
we did feel that we would make a difference. And that difference is to
make the I Will Not Lose Brand Name and Logo a house hold name, with
the assistance of New Era, just as big as Nike, Reebok, and possibly
the NY logo.

In closing, no matter what walk of life you come from, if you want to
be successful,   I WILL NOT LOSE is your state of mind.

What State Of Mind Are You In?

If you have any questions, feel free to contact me

Thanks,
LeCorey Harvest
404.247.2646
```

 **IWILLNOTLOSE.NET**   Welcome         Home    Shopping Cart    Contact Us

Search:                           Advanced search

**Categories**

Introduction Series
Sports T-Shirts
IWNL Wristbands



I Will Not Lose

**Help**

Contact us
Privacy statement
Terms & Conditions



Welcome to iwillnotlose.net

From the evolutionary gene pool of life, I WILL NOT LOSE is not just a statement, it is a state of mind that must be embodied before ones most complicated achievements can be realized. Inspired by two individuals, I WILL NOT LOSE is recognition that people are indeed faced with obstacles, and with our backing these individuals will discard all doubts that losing will be an option in their minds, as well as the perception of others. No persons' stumbling blocks are greater or any less than the next. We do not fear failure, rather, failure is now nonexistent. ergo, no matter what life presents. I WILL NOT LOSE '

Featured products



See details

**Dark Navy Blue**

Color/ dark navy blue/ White 3D I Will Not Lose 3D logo

Material/ 100% cotton

Type/ Fitted Hat

Our price $29 99

BUY NOW

**Your cart**

Cart is empty

View cart
Checkout
Orders history

**Authentication**

Username  [          ]
Password  [          ]

LOGIN    REGISTER


Recover password

If Javascript is disabled in your browser click here